# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **EDWARD JOSE SANGUINO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **NO. 4:25-CV-1423-O** |
| | § | |
| **U.S. IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER AND NOTICE OF DEFICIENCY</u>

Edward Jose Sanguino has filed a petition under 28 U.S.C. § 2241. However, he has not paid the $5.00 filing fee or filed an application to proceed *in forma pauperis*. Accordingly, the Court directs the Clerk to mail to Petitioner (1) a form application to proceed *in forma pauperis*, and (2) a certificate of inmate trust account. If Petitioner wishes to proceed, by January 20, 2026, he must either pay the $5.00 filing fee or file a completed application to proceed *in forma pauperis* accompanied by a certificate of inmate trust account or institutional equivalent. Failure to comply with this order may result in the dismissal of the petition without further notice for want of prosecution. FED. R. CIV. P. 41(b).

**SO ORDERED** this **19th day** of **December, 2025**.

Reed O'Connor

**CHIEF UNITED STATES DISTRICT JUDGE**