IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **EDWARD JOSE SANGUINO,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 4:25-CV-1423-O |
| | § | |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.,** | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

By order and notice of deficiency signed December 19, 2025, the Court ordered that if Petitioner, Edward Jose Sanguino, wished to proceed with this action, by January 20, 2026, he must either pay the $5.00 filing fee or file a completed application to proceed *in forma pauperis* accompanied by a certificate of inmate trust account or institutional equivalent. The order cautioned that failure to comply might result in the dismissal of the petition without further notice for want of prosecution. FED. R. CIV. P. 41(b). To date, Petitioner has not complied with the order and mail to him has been returned as undeliverable. Accordingly, the petition is **DISMISSED** for want of prosecution.

**SO ORDERED** this **2nd day** of **February, 2026**.

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE