IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **EDWARD JOSE SANGUINO,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 4:25-CV-1423-O |
| | § | |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.,** | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Edward Jose Sanguino is **DISMISSED** for want of prosecution.

**SO ORDERED** this **2nd day** of **February, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**